IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| KATHLEEN GUNDERSON AND ANTHONY GUNDERSON, </br></br>  Plaintiffs, </br></br> v. </br></br> SEON HEE MIN AND WOO TAEK KIM, </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) </br></br> CIVIL ACTION </br></br> NO. 5:09-cv-407 (HL) |

## ORDER ON MOTION TO REMAND

Before the Court is Plaintiffs' Motion to Remand in which Plaintiffs contend that pursuant to the provisions of 28 U.S.C. § 1447 complete diversity is not grounds for removal because the Defendants are residents of the forum state. Defendants have filed a timely response and consented to this matter being remanded. Plaintiffs' Motion to Remand is hereby **GRANTED**. However, Plaintiffs' request for an award of just costs, actual expenses, and attorney's fees is **DENIED**.

SO ORDERED this 4th day of February, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
United States District Court Senior Judge
